Argued and submitted June 6, affirmed November 13, 2002, petition for review denied January 22, 2003 (335 Or 180)

## DAVID OLON HARRINGTON,
*Appellant,*

*v.*

## Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

00C-12665; A113565

57 P3d 929

Lester E. Seto argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

_____

* Deits, C. J., *vice* Warren, S. J.